UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MERCEDES, on behalf of himself and all others similarly situated,, <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF SAINTS COFFEE ROASTERS, LLC, <br><br> Defendants. | 23-CV-9250 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The parties did not file the joint letter due within forty-five (45) days of service of the summons and complaint. *See* ECF No. 5. In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **December 27, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: December 12, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge